JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>           v.<br><br>SAIED ZIAFATHY NOBAR,<br>    Defendant. | 2:24-cv-10315-DSF<br>2:21-cr-00157-DSF<br><br>JUDGMENT |

   The Court having denied Defendant's motion under 28 U.S.C. § 2255,

   IT IS ORDERED AND ADJUDGED that Defendant not receive the relief sought in the motion.

Date:  December 8, 2025

_____
Dale S. Fischer
United States District Judge